IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff,** : | CIVIL ACTION NO. 13-cv-3975 |
| : | |
| v. : | Joyner, J. |
| : | |
| **GIV VENTURE PARTNERS, L.P.** : | |
| : | |
| **Defendant.** : | |

**ORDER APPROVING AND CONFIRMING THE RECEIVER'S FINAL REPORT, TERMINATING THE RECEIVERSHIP AND DISCHARGING THE RECEIVER**

This matter came before this Court upon the Motion by the United States Small Business Administration as Receiver ("the Receiver") for GIV Venture Partners, L.P. ("GIV") for entry of an order approving and confirming the Final Receiver's Report for the period October 1, 2016 through May 2, 2017, terminating the receivership and discharging the Receiver. After careful consideration and this Court having been duly advised as to the merits,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Receiver's Motion is granted in its entirety;

2. The Final Receiver's Report for the period October 1, 2016 through May 2, 2017 and the acts, transactions and receipts and disbursements of funds reported therein, are hereby approved and confirmed.

3. This Court confirms that the Receiver has complied with the Orders of the Court entered September 25, 2015 ("Claims Order") and December 28, 2016 ("Wind-Up Order") as more fully described in the Memorandum of Law filed in support of the Receiver's Motion.

4. Control of GIV shall be unconditionally transferred and returned to GIV Management, LLC upon notification of entry of this Order.

5. The stay and injunction imposed by paragraphs 7 and 8 of the Receivership Order are hereby lifted.

6. All claims against and obligations of (a) GIV, (b) the GIV Receivership estate, (c) the GIV Receiver and its current and former agents and attorneys, arising from or relating in any way to the Receivership shall be discharged upon notification of entry of this Final Order.

7. The GIV receivership is hereby terminated, SBA is discharged as Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any other person who acted on behalf of the Receiver, are hereby discharged and released from any and all claims, obligations and liabilities arising from or relating to the activities, conduct or management and operation of GIV and the GIV receivership estate upon notification of entry of this Final Order.

8. A copy of this Final Order shall be served upon the general and limited partners of GIV upon notification of entry of the Final Order.

9. A copy of this Order, containing notice of the transfer of control of GIV shall be served upon the respective federal and state tax offices, the Delaware and Pennsylvania Secretaries of State, and upon the registered agents for service of process.

**SO ORDERED.**

DATED this 25th day of May, 2017.

_____
The Honorable J. Curtis Joyner
United States Senior District Court Judge